No. 94–1736. TODD ET AL. v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–1737. K. R. B. v. STEPHENSON ET AL. Ct. App. Ga. Certiorari denied.

No. 94–1739. NATIONAL PAINT & COATINGS ASSN. ET AL. v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 94–1742. OSBORNE ET UX. v. POWER ET AL. Sup. Ct. Ark. Certiorari denied.

No. 94–1751. WILLIAMS v. CAPPS TRAILER SALES ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 94–1752. GARRETT ET AL. v. GILLESS ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1755. KOUPAL, BY AND THROUGH HIS MOTHER AND NEXT FRIEND, KOUPAL v. SIOUX FALLS SCHOOL DISTRICT. Sup. Ct. S. D. Certiorari denied.

No. 94–1757. KLEENWELL BIOHAZARD WASTE & GENERAL ECOLOGY CONSULTANTS, INC. v. NELSON, CHAIRMAN, WASHINGTON UTILITIES AND TRANSPORTATION COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1759. ELLINGTON ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1762. MORETTI v. DINICE ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1765. INN OF MIAMI AIRPORT, INC. v. PERREN-VIBES MUSIC, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1766. MICHIGAN v. HENSICK. Ct. App. Mich. Certiorari denied.

No. 94–1767. SULLIVAN ET UX. v. CITY OF MEMPHIS. C. A. 6th Cir. Certiorari denied.